John Gralton, Appellant, *v.* James H. Oliver, Defendant, and Eugene A. Duval, Respondent.

Argued May 18, 1951; decided June 1, 1951.

*H. E. Blodgett* and *John Snapp* for appellant.
*Daniel H. Prior* and *Earl S. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.